JAMES J. BERGMANN #220447
Law Office of James J. Bergmann
631 5th Street, Suite 201
Santa Rosa, CA 95404
Telephone: (707)827-1975
Facsimile: (707)827-1975
james@consumerlawoffice.net

Attorney for Plaintiff BYRON D. DAUGHERTY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BYRON D. DAUGHERTY<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.;<br>TRANS UNION LLC;<br>EQUIFAX INFORMATION SERVICES LLC;<br>CITIBANK (SOUTH DAKOTA), N.A.; and<br>DOES 1 through 30, inclusive,<br><br>Defendants. | CASE NO. C 11-01285 EDL<br><br>**APPLICATION AND PROPOSED ORDER TO EXTEND INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**<br>AND ORDER THEREON |

Plaintiff Byron D. Daugherty ("Plaintiff") by and through his counsel James J. Bergmann hereby requests to extend by approximately 60 days all Initial Case Management Conference and ADR Deadlines. The Complaint was filed March 16, 2011, and Plaintiff's first case management/ADR deadlines are June 7, 2011.

Plaintiff requests this 60-day extension in order to give him additional time to amend his complaint and serve all defendants with the complaint with waiver of service, and allow defendants time to respond. No defendant has yet been served with the complaint, waiver of service, or summons, and no defendant has made an appearance in the case.

1  There have been no previous requests or stipulations between the parties for
2  extensions of time.

3  DATED: June 6, 2011          Law Offices of James J. Bergmann

5                                By: _____/s/ James J. Bergmann_____
6                                    James J. Bergmann
                                     Attorney for Plaintiff, Byron D. Daugherty

8  Good cause appearing, the initial case management conference and ADR
9  deadlines in the above-captioned matter hereby are extended 60 days from the date
10 of entry of this order. Case Management Conference is continued to August 9, 2011 at 10:00 a.m.
11 Joint case management statement shall be filed August 2, 2011.
12 IT IS SO ORDERED.

13 DATED: __June 8, 2011__       _____/s/ Elizabeth D. Laporte_____
14                               HON. ELIZABETH D. LAPORTE
                                 United States Magistrate Judge