THOMAS P. QUINN (State Bar No. 132268)
NOKES & QUINN
410 BROADWAY, SUITE 210
LAGUNA BEACH, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

Attorneys for Defendant EQUIFAX
INFORMATION SERVICES LLC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| BYRON DAUGHERTY,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; EQUIFAX INFORMATION SERVICES LLC; CITIBANK (SOUTH DAKOTA), N. A.; and DOES 1 THROUGH 30, inclusive<br><br>　　　　Defendants. | Case No: 4:11-cv-1285 SBA<br><br>**ORDER**<br><br>Response Date: August 12, 2011<br>New Response Date: August 31, 2011<br><br>Complaint Filed: 3/16/2011<br>Trial Date: None Set |

　　Now, after having considered the Stipulation by and between the parties, Defendant Equifax Inc. has time to answer, move or otherwise respond to the Complaint in this action extended through and including August 31, 2011.

///
///
///

- 1 –
[PROPOSED] ORDER RE: STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

1
2
3   IT IS SO ORDERED
4
5   Dated: _9/1/11                    _____
6                                      JUDGE OF THE UNITED STATES
                                       DISTRICT COURT, California.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

- 2 –
[PROPOSED] ORDER RE: STIPULATION TO EXTEND TIME TO RESPOND
TO PLAINTIFF'S COMPLAINT