JAMES J. BERGMANN (SBN 220447)
Law Office of James J. Bergmann
631 5th Street, Suite 201
Santa Rosa, CA 95404
Telephone: (707)827-1975
Facsimile: (707)827-1979
james@consumerlawoffice.net

Attorney for Plaintiff
Byron D. Daugherty


TOMIO B. NARITA (SBN 156576)
R. TRAVIS CAMPBELL (SBN 271580)
SIMMONDS & NARITA LLP
44 Montgomery St. Suite 3010
San Francisco, CA 94104
Telephone: (415) 283-1000
Facsimile: (415) 352-2625
tnarita@snllp.com
tcampbell@snllp.com

Attorneys for Defendant
Citibank, N.A., successor in interest to
Citibank (South Dakota), N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BYRON D. DAUGHERTY,<br><br>  Plaintiff,<br><br>  vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.;<br>TRANS UNION LLC;<br>EQUIFAX INFORMATION SERVICES LLC;<br>CITIBANK (SOUTH DAKOTA), N.A.;<br>and DOES 1 through 30, inclusive,<br><br>  Defendants. | CASE NO. C 11-01285-SBA<br><br>**STIPULATION TO STAY DISCOVERY AND ENLARGE TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT CITIBANK'S MOTION TO COMPEL ARBITRATION; ORDER**<br><br>**Assigned to: Hon. Saundra Brown Armstrong** |

Plaintiff Byron D. Daugherty ("Plaintiff") and Defendant Citibank, N.A., successor in interest to Citibank (South Dakota) N.A. ("Citibank") hereby stipulate to the following:

1. WHEREAS Plaintiff filed the Complaint in this action on March 16, 2011;

2. WHEREAS In response to the Complaint, Citibank filed a Motion to Compel Arbitration on August 19, 2011;

3. WHEREAS Plaintiff's deadline to oppose Citibank's Motion to Compel Arbitration was September 2, 2011;

4. WHEREAS On September 19, 2011, Plaintiff had not filed an opposition to Citibank's Motion to Compel Arbitration;

5. WHEREAS Citibank filed a Reply in support of its' Motion to Compel Arbitration on September 19, 2011;

6. WHEREAS Plaintiff and Citibank do not wish to engage in discovery prior to the Court's ruling on Citibank's Motion to Compel Arbitration;

7. WHEREAS On October 12, 2011, Plaintiff and Citibank agreed to stay the exchange of initial disclosures and all discovery between them until the Court rules on the pending Motion to Compel Arbitration;

8. WHEREAS On October 12, 2011, Citibank agreed to allow Plaintiff to file an opposition to its Motion to Compel Arbitration on or before October 14, 2011 and Plaintiff agreed to allow Citibank to file an amended reply in support of the Motion to Compel Arbitration on or before 21 days after Plaintiff files his opposition.

9. WHEREAS There has been no prior request to the Court to extend Plaintiff's time to file an opposition to Citibank's Motion to Compel Arbitration, and the requested extension of time will have no effect on the case schedule;

10. THEREFORE Plaintiff and Citibank by and through their counsel, hereby stipulate and agree that 1) the exchange of initial disclosures and all discovery between Plaintiff and Citibank is stayed pending the Court's ruling on Citibank's Motion to Compel Arbitration; 2) Plaintiff's deadline to file an opposition to Citibank's Motion to Compel Arbitration is October 14, 2011; 3) Citibank's deadline to file an amended reply in support of its' Motion to Compel Arbitration will be 21 days after Plaintiff files his opposition.

IT IS SO STIPULATED.

DATED: October __14__, 2011          Law Office of James J. Bergmann

                                     By: /s/ James J. Bergmann

3
STIPULATION TO STAY DISCOVERY AND ENLARGE TIME TO FILE PLAINTIFF'S OPPOSITION TO
DEFENDANT CITIBANK'S MOTION TO COMPEL ARBITRATION; PROPOSED ORDER - C 11-01285-SBA

|   |   |
|---|---|
| 1 | James J. Bergmann |
| 2 | Attorney for Plaintiff Byron D. Daugherty |

DATED: October __14__, 2011      Simmonds & Narita LLP

By: /s/ R. Travis Campbell
R. Travis Campbell
Attorneys for Defendant Citibank, N.A., successor in interest to Citibank (South Dakota) N.A.

PURSUANT TO STIPULATION, IT IS SO ORDERD.

DATED:  _10/21/11                    _____
SAUNDRA BROWN ARMSTRONG
U.S. District Judge