JAMES J. BERGMANN (SBN 220447)
Law Office of James J. Bergmann
631 5th Street, Suite 201
Santa Rosa, CA 95404
Telephone: (707)827-1975
Facsimile: (707)827-1979
james@consumerlawoffice.net

Attorney for Plaintiff
BYRON D. DAUGHERTY

TOMIO B. NARITA (SBN 156576)
R. TRAVIS CAMPBELL (SBN 271580)
SIMMONDS & NARITA LLP
44 Montgomery St. Suite 3010
San Francisco, CA 94104
Telephone: (415) 283-1000
Facsimile: (415) 352-2625
tnarita@snllp.com
tcampbell@snllp.com

Attorneys for Defendant
Citibank, N.A., successor in interest to
Citibank (South Dakota), N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BYRON D. DAUGHERTY,<br><br>    Plaintiff,<br><br>    vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.;<br>TRANS UNION LLC;<br>EQUIFAX INFORMATION SERVICES LLC;<br>CITIBANK (SOUTH DAKOTA), N.A.; and DOES 1 through 30, inclusive,<br><br>    Defendants. | CASE NO. C 11-01285-SBA<br><br>**STIPULATION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF CITIBANK, N.A.'S MOTION TO COMPEL ARBITRATION; [PROPOSED] ORDER**<br><br>**Hon. Saundra Brown Armstrong** |

1
STIPULATION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF CITIBANK, N.A.'S
MOTION TO COMPEL ARBITRATION;
[PROPOSED ORDER] CASE NO. (C 11-01285-SBA)

Plaintiff Byron D. Daugherty ("Plaintiff") and Defendant Citibank, N.A., successor in interest to Citibank (South Dakota) N.A. ("Citibank") hereby stipulate to the following:

1. WHEREAS Citibank filed a Motion to Compel Arbitration on August 19, 2011;

2. WHEREAS Plaintiff's deadline to oppose Citibank's Motion to Compel Arbitration was September 2, 2011;

3. WHEREAS On October 12, 2011, Plaintiff had not filed an opposition to Citibank's Motion to Compel Arbitration;

4. WHEREAS On October 12, 2011, Citibank agreed to allow Plaintiff to file an opposition to its' Motion to Compel Arbitration on or before October 14, 2011 and Plaintiff agreed to allow Citibank to file an amended reply in support of the Motion to Compel Arbitration on or before 21 days after Plaintiff files his opposition.;

5. WHEREAS On October 14, 2011, Plaintiff filed a stipulation regarding the above agreement between Plaintiff and Citibank (*See* Doc. No. 36);

6. WHEREAS On October 14, 2011, Plaintiff filed an opposition to Citibank's Motion to Compel Arbitration.

7. WHEREAS on October 21, 2011, the Court entered Plaintiff and Citibank's stipulation (*See* Doc. No. 39).

8. WHEREAS Citibank's reply in support of its' Motion to Compel Arbitration is currently due on or before November 4, 2011.

9. WHEREAS Citibank requires additional time to investigate the issues raised in Plaintiff's opposition to the Motion to Compel Arbitration.

10. WHEREAS On November 1, 2011, Plaintiff agreed to allow Citibank to file its' amended reply in support of the Motion to Compel Arbitration on or before November 18, 2011.

11. WHEREAS the requested extension of time will have no effect on the case schedule as the hearing for the motion is set for January 24, 2012.

12. THEREFORE Plaintiff and Citibank, by and through their undersigned counsel, hereby stipulate and agree that Citibank's deadline to file its' amended reply to Plaintiff's opposition is November 18, 2011.

IT IS SO STIPULATED

DATED: November __3__, 2011          Law Office of James J. Bergmann

                                    By: /s/James J. Bergmann
                                        James J. Bergmann
                                        Attorney for Plaintiff Byron D. Daugherty

3

DATED: November __3__, 2011          Simmonds & Narita LLP

                                             By: __/s/R. Travis Campbell_____
                                                 R. Travis Campbell
                                                 Attorneys for Defendant Citibank, N.A., successor in interest to Citibank (South Dakota), N.A.

PURSUANT TO STIPULATION, IT IS SO ORDERD.

DATED:  __11/17/11_____          _____*Saundra B. Armstrong*_____
                                                                SAUNDRA BROWN ARMSTRONG
                                                                 U.S. District Judge

STIPULATION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF CITIBANK, N.A.'S MOTION TO COMPEL ARBITRATION;
[PROPOSED ORDER] CASE NO. (C 11-01285-SBA)