JAMES J. BERGMANN (SBN 220447)
Law Office of James J. Bergmann
631 5th Street, Suite 201
Santa Rosa, CA 95404
Telephone: (707)827-1975
Facsimile: (707)827-1979
james@consumerlawoffice.net

Attorney for Plaintiff
BYRON D. DAUGHERTY

TOMIO B. NARITA (SBN 156576)
R. TRAVIS CAMPBELL (SBN 271580)
SIMMONDS & NARITA LLP
44 Montgomery St. Suite 3010
San Francisco, CA 94104
Telephone: (415) 283-1000
Facsimile: (415) 352-2625
tnarita@snllp.com
tcampbell@snllp.com

Attorneys for Defendant
Citibank, N.A., successor in interest to
Citibank (South Dakota), N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BYRON D. DAUGHERTY,<br><br>    Plaintiff,<br><br>    vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.;<br>TRANS UNION LLC;<br>EQUIFAX INFORMATION SERVICES LLC;<br>CITIBANK (SOUTH DAKOTA), N.A.;<br>and DOES 1 through 30, inclusive,<br><br>    Defendants. | CASE NO. C 11-01285-SBA<br><br>**SECOND STIPULATION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF CITIBANK, N.A.'S MOTION TO COMPEL ARBITRATION; ORDER**<br><br>**Hon. Saundra Brown Armstrong** |

Plaintiff Byron D. Daugherty ("Plaintiff") and Defendant Citibank, N.A., successor in interest to Citibank (South Dakota) N.A. ("Citibank") hereby stipulate to the following:

1. WHEREAS Citibank filed a Motion to Compel Arbitration on August 19, 2011(the "motion");

2. WHEREAS Pursuant to the stipulation between Plaintiff and Citibank filed on October 14, 2011, Plaintiff filed his opposition to the motion on October 14, 2011 and Citbank's amended reply in support of the motion was due on or before November 4, 2011 (*see* Doc. No. 39);

3. WHEREAS Pursuant to the stipulation between Plaintiff and Citibank filed on November 4, 2011, Citibank's amended reply in support of the motion was due on or before November 18, 2011 (*see* Doc. No. 41);

4. WHEREAS Due to the schedules of Citibank's client representative and Citibank's counsel, Citibank requires additional time to prepare its amended reply.

5. WHEREAS On November 15, 2011, Plaintiff agreed to allow Citibank to file its amended reply on or before December 2, 2011;

6. WHEREAS the requested extension of time will have no effect on the case schedule as the hearing for the motion is set for January 24, 2012;

1
SECOND STIPULATION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF
CITIBANK, N.A.'S MOTION TO COMPEL ARBITRATION;
[PROPOSED ORDER] CASE NO. (C 11-01285-SBA)

7. THEREFORE Plaintiff and Citibank, by and through their undersigned counsel, hereby stipulate and agree that Citibank's deadline to file its amended reply in support of its Motion to Compel Arbitration is December 2, 2011.

IT IS SO STIPULATED.

DATED: November  21, 2011          Law Office of James J. Bergmann

                                              By: /s/James J. Bergmann_____
                                                  James J. Bergmann
                                                  Attorney for Plaintiff Byron D. Daugherty

DATED: November  21, 2011          Simmonds & Narita LLP

                                              By:  /s/R. Travis Campbell_____
                                                R. Travis Campbell
                                                Attorneys for Defendant Citibank, N.A.,
                                                successor in interest to Citibank (South
                                                Dakota), N.A.

PURSUANT TO STIPULATION, IT IS SO ORDERD.

DATED:  _11/28/11                  _____
                                              SAUNDRA BROWN ARMSTRONG
                                              U.S. District Judge