UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BYRON D. DAUGHERTY, | CASE NO.: C 11-01285-SBA |
| Plaintiff, | **ORDER RE DISMISSAL PURSUANT TO FED. R. CIV. P. 41** |
| vs. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; EQUIFAX INFORMATION SERVICES LLC; CITIBANK (SOUTH DAKOTA), N.A.; and DOES 1 through 30, inclusive, | |
| Defendants. | |

---

DAUGHERTY V. EXPERIAN INFORMATIN SOLUTIONS, INC., ET AL. (CASE NO. C 11-01285-SBA)
[PROPOSED] ORDER RE DISMISSAL

Pursuant to the parties' Stipulation and Joint Request for Dismissal, this action is hereby dismissed with prejudice as to defendant Citibank, N.A., successor in interest to Citibank (South Dakota), N.A., pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Local Rule 77-2(c). Each party shall bear its own costs and fees.

IT IS SO ORDERED.

DATED: December 23, 2013          By: _____
                                       Hon. Sandra B. Armstrong
                                       United States District Judge