UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BYRON D. DAUGHERTY,<br><br>        Plaintiff,<br><br>  vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; EQUIFAX INFORMATION SERVICES LLC; CITIBANK (SOUTH DAKOTA), N.A.; and DOES 1 through 30, inclusive,<br><br>        Defendants. | Case No:  C 11-01285 SBA<br><br>**ORDER  SCHEDULING CASE MANAGEMENT CONFERENCE** |

IT IS HEREBY ORDERED THAT a telephonic Case Management Conference is scheduled for **January 30, 2014 at 3:00 p.m.**  Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement.  Plaintiff is responsible for filing the joint statement no later than seven (7) days before the date scheduled for the conference.  The joint statement shall comply with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court.  Plaintiff is responsible for setting up the conference call, and on the specified date and time, shall call (510) 637-3559 with all parties on the line.

IT IS SO ORDERED.

Dated: 12/23/2013

                                                        SAUNDRA BROWN ARMSTRONG
                                                        United States District Judge