Breanne J. Strubinger, Esq. (IN #25823-64)
  *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  bstrubinger@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Michael W. Bien, Esq. (CSB #96891)
Sumana Cooppan, Esq. (CSB # 267967)
Rosen, Bien & Galvan, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA  94104
Telephone:  415-433-6830
Fax:  415-433-7104
E-Mail:  mbien@rbg-law.com
             scooppan@rbg-law.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| BYRON D. DAUGHERTY,<br>       Plaintiff,<br><br>   vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.;<br>TRANS UNION, LLC; EQUIFAX<br>INFORMATION SERVICES, LLC; and<br>CITIBANK (SOUTH DAKOTA), N.A.;<br>       Defendants. | CASE NO. 4:11-cv-01285-SBA<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY** |

Plaintiff Byron D. Daugherty, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

|   |   |
|---|---|
| 1 | Respectfully submitted, |
| 2 |   |
| 3  Date: July 8, 2014 | s/      James J. Bergmann (w/consent) |
| 4 | James J. Bergmann, Esq.<br>Law Office of James J. Bergmann |
| 5 | 631 5th Street, Suite 201<br>Santa Rosa, CA  95404 |
| 6 | Telephone:  707-827-1975 |
| 7 | Fax:  707-827-1979<br>E-Mail:  james@consumerlawoffice.net |
| 8 |   |
| 9 | *Counsel for Byron D. Daugherty* |
| 10  Date: July 8, 2014 | s/      Breanne J. Strubinger |
| 11 | Breanne J. Strubinger, Esq. (IN #25823-64)<br>  *(admitted Pro Hac Vice)* |
| 12 | Schuckit & Associates, P.C.<br>4545 Northwestern Drive |
| 13 | Zionsville, IN  46077<br>Telephone:  317-363-2400 |
| 14 | Fax:  317-363-2257<br>E-Mail:  bstrubinger@schuckitlaw.com |
| 15 |   |
| 16 | *Lead Counsel for Defendant Trans Union, LLC* |
| 17 | Michael W. Bien, Esq. (CSB #96891)<br>Sumana Cooppan, Esq. (CSB # 267967) |
| 18 | Rosen, Bien & Galvan, LLP<br>315 Montgomery Street, Tenth Floor |
| 19 | San Francisco, CA  94104<br>Telephone:  415-433-6830 |
| 20 | Fax:  415-433-7104<br>E-Mail:   mbien@rbg-law.com |
| 21 |              scooppan@rbg-law.com |
| 22 | *Local Counsel for Defendant Trans Union, LLC* |
| 23 |   |
| 24 |   |
| 25 |   |
| 26 |   |
| 27 |   |
| 28 |   |

1
2      PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC is
3  dismissed with prejudice.  Plaintiff Byron D. Daugherty and Defendant Trans Union, LLC
4  shall each bear their own costs and attorneys' fees.
5
6  Date: _____7/9/2014_____          _____
7                                         JUDGE, United States District Court, Northern
                                           District of California
8
9  DISTRIBUTION TO:
10

| James J. Bergmann, Esq. james@consuemrlawoffice.net | Thomas P. Quinn, Esq. tquinn@nokesquinn.com |
| Eric J. Hardeman, Esq. ejhardeman@jonesday.com | Stephanie D. Cope, Esq. scope@kslaw.com |
| Katherine Anne Klimkowski, Esq. kaklimkowski@jonesday.com | Breanne J. Strubinger, Esq. bstrubinger@schuckitlaw.com |
| Sumana Cooppan, Esq. Scoopan-wolf@rbgg.com | Michael W. Bien, Esq. mbien@rbg-law.com |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 4:11-CV-01285-SBA**