James J. Bergmann, SBN 220447
Law Office of James J. Bergmann
631 5th Street, Suite 201
Santa Rosa, CA 95404
Tel: (707)827-1975
Fax: (707)827-1979
james@consumerlawoffice.net

Attorney for Plaintiff
Byron D. Daugherty

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON D. DAUGHERTY,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.;<br>TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; and CITIBANK (SOUTH DAKOTA), N.A.;<br>　　　　Defendants. | CASE NO. 4:11-cv-01285-SBA<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY** |

　　　　Plaintiff Byron D. Daugherty, by counsel, and Defendant Experian Information Solutions, Inc. ("Experian"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Experian only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Date: July  8 , 2014　　　　　　　　 /s/ James J. Bergmann
　　　　　　　　　　　　　　　　　　　James J. Bergmann, Esq.
　　　　　　　　　　　　　　　　　　　Law Office of James J. Bergmann
　　　　　　　　　　　　　　　　　　　631 5th Street, Suite 201
　　　　　　　　　　　　　　　　　　　Santa Rosa, CA  95404
　　　　　　　　　　　　　　　　　　　Telephone:  707-827-1975
　　　　　　　　　　　　　　　　　　　Fax:  707-827-1979
　　　　　　　　　　　　　　　　　　　E-Mail: james@consumerlawoffice.net

　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Byron D. Daugherty*

| | | |
|---|---|---|
| 1 | Date: July  8 , 2014 | /s/ Katherine A. Klimkowski |
| 2 | | Katherine A. Klimkowski, Esq. |
| | | Jones Day |
| 3 | | 3161 Michelson Drive, Suite 800 |
| | | Irvine, CA 92612 |
| 4 | | Telephone: (949)553-7560 |
| 5 | | Fax: (949)553-7539 |
| | | Email: kaklimkowski@jonesday.com |

*Counsel for Defendant Experian Information Solutions, Inc.*

PURSUANT TO STIPULATION, IT IS SO ORDERED that Experian Information Solutions, Inc. is dismissed with prejudice.  Plaintiff Byron D. Daugherty and Defendant Experian Information Solutions, Inc. shall each bear their own costs and attorneys' fees.

Date:  _____7/10/2014_____        _____
                                            HON. SAUNDRA BROWN ARMSTRONG
                                            United States District Judge

DISTRIBUTION TO:

| | |
|---|---|
| James J. Bergmann, Esq.<br>james@consuemrlawoffice.net<br>Counsel for Plaintiff Byron D. Daugherty | Ian E. Smith, Esq.<br>iesmith@kslaw.com<br>Counsel for Equifax Information Services, LLC |
| Katherine A. Klimkowski, Esq.<br>kaklimkowski@jonesday.com<br>Counsel for Experian Information Solutions, Inc. | Stephanie D. Cope, Esq.<br>scope@kslaw.com<br>Counsel for Equifax Information Services, LLC |
| Eric J. Hardeman, Esq.<br>ejhardeman@jonesday.com<br>Counsel for Experian Information Solutions, Inc. | Breanne J. Strubinger, Esq.<br>bstrubinger@schuckitlaw.com<br>Lead Counsel for Trans Union LLC |
| Sumana Cooppan, Esq.<br>Scoopan-wolf@rbgg.com<br>Local Counsel for Trans Union LLC | Michael W. Bien, Esq.<br>mbien@rbg-law.com<br>Local Counsel for Trans Union LLC |
| Thomas P. Quinn, Esq.<br>tquinn@nokesquinn.com<br>Local Counsel for Equifax Information Services, LLC | |