1  James J. Bergmann, SBN 220447
   Law Office of James J. Bergmann
2  631 5th Street, Suite 201
   Santa Rosa, CA 95404
3  Tel:  (707)827-1975
   Fax: (707)827-1979
4  james@consumerlawoffice.net

5  Attorney for Plaintiff
   Byron D. Daugherty

6

7                   **UNITED STATES DISTRICT COURT**

8               **NORTHERN DISTRICT OF CALIFORNIA**

9

10  BYRON D. DAUGHERTY,                    )  CASE NO. 4:11-cv-01285-SBA
                   Plaintiff,              )
11                                         )
                                           )
        vs.                                )  **STIPULATION AND ORDER OF**
12                                         )  **DISMISSAL WITH PREJUDICE**
    EXPERIAN INFORMATION SOLUTIONS, INC.;  )  **BETWEEN PLAINTIFF AND**
13  TRANS UNION, LLC; EQUIFAX              )  **DEFENDANT EQUIFAX**
    INFORMATION SERVICES, LLC; and         )  **INFORMATION SERVICES, LLC**
14  CITIBANK (SOUTH DAKOTA), N.A.;         )  **ONLY**
                   Defendants.             )
15                                         )

16
          Plaintiff Byron D. Daugherty, by counsel, and Defendant EQUIFAX INFORMATION
17
    SERVICES, LLC ("Equifax"), by counsel, hereby stipulate and agree that all matters herein
18
    between them have been compromised and settled, and that Plaintiff's cause against Equifax
19
    only should be dismissed, with prejudice, with each party to bear its own costs and attorneys'
20
    fees.
21
                                       Respectfully submitted,
22

23
    Date: July   24 , 2014               /s/ James J. Bergmann
24                                       James J. Bergmann, Esq.
                                         Law Office of James J. Bergmann
25                                       631 5th Street, Suite 201
                                         Santa Rosa, CA  95404
26                                       Telephone:   707-827-1975
                                         Fax:  707-827-1979
27                                       E-Mail:  james@consumerlawoffice.net

28
                                         *Counsel for Plaintiff Byron D. Daugherty*

STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND
DEFENDANT EQUIFAX INFORMATION SERVICES, LLC ONLY – 4:11-CV-01285-SBA

1  Date:  July __18__, 2014                    /s/ Thomas P. Quinn

2                                               Thomas P. Quinn, Esq.
                                                Nokes Quinn
3                                               410 Broadway, Suite 200
                                                Newport Beach, CA 92651
4                                               Telephone:  (949)376-3500
                                                Fax:  (949)376-3070
5                                               Email:  tquinn@nokesquinn.com

6
                                                *Counsel for Defendant Equifax Information*
7                                               *Services, LLC*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2        PURSUANT TO STIPULATION, IT IS SO ORDERED that Equifax Information

3   Services, LLC is dismissed with prejudice.   Plaintiff Byron D. Daugherty and Defendant

4   Equifax Information Services, LLC shall each bear their own costs and attorneys' fees.

5

6   Date:  _____7/25/2014_____        _____

7                                          HON. SAUNDRA BROWN ARMSTRONG
                                           United States District Judge

8   DISTRIBUTION TO:

9

| James J. Bergmann, Esq.<br>james@consumerlawoffice.net<br>Counsel for Plaintiff Byron D. Daugherty | Ian E. Smith, Esq.<br>iesmith@kslaw.com<br>Counsel for Equifax Information Services, LLC |
|---|---|
| Katherine A. Klimkowski, Esq.<br>kaklimkowski@jonesday.com<br>Counsel for Experian Information Solutions, Inc. | Stephanie D. Cope, Esq.<br>scope@kslaw.com<br>Counsel for Equifax Information Services, LLC |
| Eric J. Hardeman, Esq.<br>ejhardeman@jonesday.com<br>Counsel for Experian Information Solutions, Inc. | Breanne J. Strubinger, Esq.<br>bstrubinger@schuckitlaw.com<br>Lead Counsel for Trans Union LLC |
| Sumana Cooppan, Esq.<br>Scoopan-wolf@rbgg.com<br>Local Counsel for Trans Union LLC | Michael W. Bien, Esq.<br>mbien@rbg-law.com<br>Local Counsel for Trans Union LLC |
| Thomas P. Quinn, Esq.<br>tquinn@nokesquinn.com<br>Local Counsel for Equifax Information Services, LLC | |

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28